681 A.2d 744

Susan UDVARI, Respondent,

v.

WORKMEN'S COMPENSATION APPEAL
BOARD (USAIR, INC.).

Petition of USAIR, INC.

Supreme Court of Pennsylvania.

Aug. 27, 1996.

## ORDER

PER CURIAM:

AND NOW, this 27th day of August, 1996, the Petition for Allowance of Appeal is hereby GRANTED, BUT LIMITED to the following:

What constitutes substantial evidence to grant a Termination Petition when a physician testifying for the employer acknowledges claimant's assertions of pain?

NEWMAN, J., did not participate in the consideration or decision of this matter.